

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREW WEARY             CIVIL ACTION
     PETITIONER

VERSUS                       NO. 18 CV-3602

DARREL VANNOY
     RESPONDENT            SECTION "F" (4)

MOTION TO SUPPLEMENT TABLES OF AUTHORITIES

NOW INTO COURT, PRO-SE COMES ANDREW WEARY Petitioner herein requesting to supplement his Petition for a Writ of Habeas Corpus with a Table of Authorities, which is not found in the Petition and should be pursuant to the Federal Rules of Civil Procedure.

Please find enclosed a Table of Authorities consisting of three pages as Index A-1 through A-3, to be added to Petitioner's Habeas Proceedings in Civil Action No. 18-CV-3602.

Wherefore Petitioner asks it will be done.

TENDERED FOR FILING

MAY 14 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

RECEIVED
MAY 14 2018
Legal Programs Department

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

SCANNED at LSP and Emailed
5.14.18 by ___ 6 pages
date   initials   No.

Respectfully submitted
Andrew Weary
Andrew WEARY
PRO-SE Petitioner
Louisiana State Prison
CAMP·D RAVEN 2·R·3
Angola, La. 70712

# Table of Authorities
## Index A

| Case | Page |
|---|---|
| Weary v. Cain, 10-1793 | 1 |
| State v. Weary, 2016-KW-0981 | 2 |
| State ex. rel. Weary v. State, 2016-KH-1907 | 2 |
| State v. Weary, 2014-KA-1706 | 2 |
| State v. Weary, 2015-KO-1030 | 2 |
| Magwood v. Patterson, 130 S.Ct. 2788 561 U.S. 320 | 3 |
| U.S. v. Cronic, 466 U.S. 648 | 8 |
| Mickens v. Taylor, 535 U.S. 162, 166 | 9 |
| Bell v. Cone, 535 U.S. 685, 697 | 9 |
| Craker v. McCotter, 805 F.2d 538, 542 | 9 |
| United States v. Taylor 933 F.2d 307, cert. denied 502 U.S. 883, 112 S.Ct. 235, 116 L.Ed.2d 191 | 10 |
| Avery v. Alabama, 308 U.S. 444, 446, 60 S.Ct. 321, 322 84 L.Ed. 377 | 10 |
| Decoster v. United States, 624 F.2d 196, 219 cert. denied 444 U.S. 944, 100 S.Ct. 302, 62 L.Ed. 2d 311 | 11 |
| Strickland v. Washington, 466 U.S. 686, 104 S.Ct. 2063 | 11 |
| Neville v. Butler, 867 F.2d 886 | 12 |
| Gideon v. Wainwright, 372 U.S. 335 88 S.Ct. 792, 9 L.Ed. 2d 799 | 15 |
| Mempa v. Rhay, 389 U.S. 128, 134, 88 S.Ct. 254, 257, 19 L.Ed. 2d 336 | 15 |

A-1 supplement

|   | PAGE |
|---|---|
| Fay v. Noia, 372 U.S. 423, 83 S.Ct. 841 | 17 |
| Phifer v. Warden, 55 F.3d 864-65 | 17 |
| Fisher v. Rose, 757 F.2d 789 | 17 |
| Wilkinson v. Dotson, 544 U.S. 74, 82, 125 S.Ct. 1242, 161 L.Ed. 2d 253 | 17 |
| Henderson v. Frank, 155 F.3d 159, 168 | 17 |

## Rules and Statutes

| | |
|---|---|
| Louisiana Revised Statute (La. R.S.) 14:27 and; 14:30; La. R.S. 14:64 | 1 |
| Louisiana Code of Criminal Procedure (La.C.Cr.P.) Article (Art.) 930.3, 930.4, 930.8 | 2 |
| 28 U.S.C.A. subsection 2244(d) Federal | 4 |
| La.C.Cr.P. Art. 894.1 | 13 |
| Louisiana Revised Statutes Annotated 15:529.1 | 14 |
| Bailey, Habeas Corpus and Special Remedies Subsection 4 (1913) | 18 |
| 2 Randy Hertz and James Liebman, Federal Habeas Corpus Practice and Procedure subsection 33.3 at 1684 (5th Edition 2005) | 18 |

United States Constitutional Violations

A-2 Supplement

United States Constitution: Amendment Five
Prohibiting Double Jeopardy

United States Constitution: Amendment Six
Guarantee of the Assistance of Counsel

A-3 supplement

REQUESTING 3 COPIES (Withdraw form enclosed) for 5 pages at .05 per copy TOTAL .75

This has to be sent to the federal courts first then copied for verification of mailing date on copies